# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 21, 2015

## NO. 03-14-00371-CR

**Jim Jack Thompson, III, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM 26TH DISTRICT COURT OF WILLIAMSON COUNTY**
**BEFORE JUSTICES PURYEAR, GOODWIN, AND BOURLAND**
**AFFIRMED -- OPINION BY JUSTICE PURYEAR**

This is an appeal from the judgment of conviction rendered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment of conviction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.